UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRIAN WILLIAMS,

              Plaintiff,                     No. 13-14093

v.                                     District Judge Julian Abele Cook, Jr.
                                     Magistrate Judge R. Steven Whalen


STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

              Defendant.

_____ /

**ORDER**

      For the reasons stated on the record on April 1, 2014, Defendant's Motion to

Compel Independent Medical Examination [Doc. #14] is GRANTED.

      IT IS SO ORDERED.


Date: April 1, 2014                S/ R. Steven Whalen_____
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on
April 1, 2014, electronically and/or by U.S. mail.

                                s/Michael Williams_____
                                Case Manager for the
                                Honorable R. Steven Whalen